
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BLAKE SMITH,

    Plaintiff,

v.

KIA MOTORS AMERICA, INC.,
KIA MOTORS CORPORATION,
HYUNDAI-KIA AMERICA TECHNICAL
CENTER, INC., HYUNDAI-KIA R&D
CENTER; DUCK BOO INTERNATIONAL
CO., LT., TAKATA CORPORATION,
TAKATA, INC., MARK GOINSALVOS,
MUON HA, MICHAEL HILT,
and JOHN DOES 1-5,

    Defendants.

CIVIL ACTION NO.: CV205-194

### ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of Michael H. Bai, Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case. (Doc. 29.)

It appears to the Court that said attorney is not a resident of this district, is a member in good standing of the bar of the United States District Court for the Southern District of New York, and does not maintain an office in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

**SO ORDERED**, this 5th day of December, 2005.

                    JAMES E. GRAHAM
                    UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)