United States District Court
for the Southern District of Georgia
Brunswick Division

| | | |
|---|---|---|
| BLAKE SMITH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| KIA MOTORS AMERICA, INC., KIA MOTORS CORPORATION, HYUNDAI-KIA TECHNICAL CENTER, INC., HYUNDAI-KIA R&D CENTER, DUCK BOO INTERNATIONAL CO., LTD., TAKATA CORPORATION, TAKATA, INC., and JOHN DOE DEFENDANTS 1-5, | : | |
| Defendants. | : | NO. CV205-194 |

### O R D E R

Plaintiff, Blake Smith, brought this products liability action against Defendants to recover damages for injuries sustained in an automobile collision. Presently before the Court is the joint motion of Plaintiff and Defendant, Duck Boo International Co., Ltd. ("DBI"), seeking to limit discovery to the issue of personal jurisdiction, and seeking an extension

AO 72A
(Rev. 8/82)

of time for Plaintiff to respond to DBI's motion to dismiss for lack of personal jurisdiction.

After careful consideration, Plaintiff and DBI's joint motion (Doc. No. 30) is **GRANTED**. Plaintiff has until January 16, 2006, to complete limited discovery on the issue of personal jurisdiction. Plaintiff's response to DBI's motion to dismiss is to be filed no later than February 6, 2006, and any reply by DBI is to be filed no later than February 27, 2006. In light of the foregoing, DBI's motion seeking a protective order and expedited ruling on its motion to dismiss (Doc. No. 25) is **DISMISSED**.

**SO ORDERED**, this ____6____ day of December, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)