IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| BLAKE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. CV205-194 |
| | ) | |
| KIA MOTORS AMERICA, INC., | ) | |
| KIA MOTORS CORPORATION, | ) | |
| HYUNDAI-KIA AMERICA TECHNICAL | ) | |
| CENTER, INC., HYUNDAI-KIA R&D | ) | |
| CENTER, DUCK BOO INTERNATIONAL | ) | |
| CO., LTD., TAKATA CORPORATION, | ) | |
| TAKATA, INC., MARK GOINSALVOS, | ) | |
| MUON HA, MICHAEL HILT, | ) | |
| and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL OF
## DEFENDANT DUCK BOO INTERNATIONAL CO., LTD.

The Plaintiff, by and through his counsel of record, having filed a notice of the dismissal without prejudice of his claims against Defendant Duck Boo International Co., Ltd., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the Plaintiff's claims against Defendant Duck Boo International Co., Ltd., are dismissed without prejudice.

SO ORDERED, this _____ day of February, 2006.

ANTHONY A. ALAIMO
United States Senior District Court Judge
Southern District of Georgia